# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McNamara, Thomas B. | United States Bankruptcy Court for the District of Colorado | 04/21/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Colorado
United States Custom House
721 19th Street
Denver, Colorado 80202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Faegre Drinker Biddle & Reath LLP Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **McNamara, Thomas B.** | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. First Bank of Denver (Bank Account) (T&A) | A | Int./Div. | L | T | | | | | |
| 2. Chase Bank (Bank Account)(1) | A | Int./Div. | K | T | | | | | |
| 3. Chase Bank (Bank Account)(2) | A | Int./Div. | K | T | | | | | |
| 4. Discover Bank (Bank Account (1)) | A | Int./Div. | M | T | | | | | |
| 5. Discover Bank (Bank Account (2)) | A | Int./Div. | K | T | | | | | |
| 6. Synchrony Bank | A | Int./Div. | K | T | | | | | |
| 7. Young Americans Bank (Bank Account (M)) | A | Int./Div. | | | Closed | 06/01/20 | J | | |
| 8. Young Americans Bank (Bank Account (B)) | A | Int./Div. | J | T | | | | | |
| 9. First Bank of Denver (Bank Account) (M) | A | Int./Div. | L | T | | | | | |
| 10. First Bank of Denver (Bank Account) (B) | A | Int./Div. | J | T | | | | | |
| 11. Gold | | None | J | T | | | | | |
| 12. Silver | | None | J | T | | | | | |
| 13. U.S. Savings Bonds | | None | J | T | | | | | |
| 14. City and County of Denver General Obligation Bonds | | None | L | T | | | | | |
| 15. Merck & Co. Common Stock | A | Dividend | K | T | | | | | |
| 16. Powershares QQQ Trust Series 1 | A | Dividend | K | T | | | | | |
| 17. AT&T Common Stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BP plc ADR F | A | Dividend | J | T | | | | | |
| 19. Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. Cigna Corp. | A | Dividend | J | T | | | | | |
| 21. Putnam Emerging Markets Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 22. Global X MSCI ETF Colombia (1) Mutual Fund | A | Dividend | J | T | | | | | |
| 23. Global X Lithium Battery Tech. EFT LIT | A | Dividend | K | T | | | | | |
| 24. Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 25. Schwab International Index Fund (M) | A | Dividend | J | T | | | | | |
| 26. Schwab S&P 500 Index Fund (M) | A | Dividend | J | T | | | | | |
| 27. Schwab International Index Fund (B) | A | Dividend | J | T | | | | | |
| 28. Schwab S&P 500 Index Fund (B) | A | Dividend | J | T | | | | | |
| 29. Cambiar Opportunity Portfolio Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 30. Janus Global Research Fund D Mutual Fund | A | Dividend | J | T | | | | | |
| 31. Janus Contrarian Fund D Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Vanguard 500 Index Fund ADM Mutual Fund (T&A) | B | Dividend | N | T | Sold (part) | 03/24/20 | M | F | |
| 33. Vanguard REIT Index Fund ADM Mutual Fund (T&A) | B | Dividend | K | T | | | | | |
| 34. Vanguard Energy ETF (T&A) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Global X MSCI Colombia ETF (T&A) | A | Dividend | J | T | | | | | |
| 36. Vanguard IShares Exponential Technologies EFT (T&A) | A | Dividend | K | T | | | | | |
| 37. Vanguard Cash Reserves Money ADM Market Fund (T&A) | A | Int./Div. | M | T | Buy (add'l) | 03/25/20 | L | | |
| 38. Vanguard Federal Money Market Fund (T&A) | A | Int./Div. | K | T | Buy (add'l) | 03/25/20 | K | | |
| 39. Vanguard IShares Exponential Technologies ETF (T&A) | A | Int./Div. | K | T | | | | | |
| 40. Vanguard IRA (C) Target Retirement 2060 Fund | A | Dividend | K | T | Buy (add'l) | 12/10/20 | J | | |
| 41. Vanguard IRA (B) Total International Stock Index Fund ETF | A | Dividend | J | T | | | | | |
| 42. Vanguard IRA (B) Energy ETF | A | Dividend | J | T | | | | | |
| 43. Vanguard IRA (B) Federal Money Fund | A | Dividend | J | T | Buy | 12/07/20 | J | | |
| 44. Vanguard IRA (M) Target Retirement 2055 Fund | A | Dividend | J | T | | | | | |
| 45. Vanguard IRA Roth Brokerage (T) Total Stock Market Index Mutual Fund | B | Dividend | M | T | | | | | |
| 46. Vanguard IRA Roth Brokerage (T) 500 Index ADM Mutual Fund | A | Int./Div. | M | T | Sold (part) | 03/25/20 | K | | |
| 47. Vanguard IRA Roth Brokerage (T) Cash Reserves Federal Money Market | A | Int./Div. | K | T | Buy | 03/25/20 | K | | |
| 48. Vanguard IRA Roth Brokerage (A) Total Stock Market Index ADM Fund | B | Dividend | M | T | Buy (add'l) | 01/27/20 | J | | |
| 49. Vanguard IRA Roth Brokerage (A) Cash Reserves Federal Money Market | A | Int./Div. | M | T | | | | | |
| 50. Vanguard UGMA Brokerage (C) Vanguard 500 Index Fund ADM | A | Dividend | L | T | | | | | |
| 51. Vanguard UGMA Brokerage (M) Vanguard 500 Index Fund ADM | A | Dividend | L | T | Buy (add'l) | 12/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vanguard UGMA Brokerage (B) Vanguard 500 Index Fund ADM | A | Dividend | L | T | Buy (add'l) | 12/07/20 | J | | |
| 53. Vanguard UGMA Brokerage (B) FTSE Social Index ADM Fund | A | Dividend | J | T | Buy | 04/08/20 | J | | |
| 54. Vanguard 529 Plan (C) Vanguard 500 Index Fund | | None | J | T | Sold (part) | 03/20/20 | K | | |
| 55. Vanguard 529 Plan (C) Inflation Protected Securities | | None | J | T | Buy | 03/20/20 | J | | |
| 56. Vanguard 529 Plan (C) Total Bond Market Index | | None | J | T | Buy | 03/20/20 | J | | |
| 57. Vanguard 529 Plan (C) Interest Accumulation Portfolio | | None | J | T | Buy | 03/20/20 | J | | |
| 58. Vanguard 529 Plan (M) Vanguard 500 Index Fund | | None | J | T | Sold (part) | 03/20/20 | K | | |
| 59. Vanguard 529 Plan (M) Inflation Protected Securities | | None | J | T | Buy | 03/20/20 | J | | |
| 60. Vanguard 529 Plan (M) Total Bond Market Index | | None | J | T | Buy | 03/20/20 | J | | |
| 61. Vanguard 529 Plan (M) Interest Accumulation Portfolio | | None | J | T | Buy | 03/20/20 | J | | |
| 62. Vanguard 529 Plan (B) Vanguard 500 Index Fund | | None | J | T | Sold (part) | 03/20/20 | K | | |
| 63. Vanguard 529 Plan (B) Inflation Protected Securities | | None | J | T | Buy | 03/20/20 | J | | |
| 64. Vanguard 529 Plan (B) Total Bond Market Index | | None | J | T | Buy | 03/20/20 | J | | |
| 65. Vanguard 529 Plan (B) Interest Accumulation Portfolio | | None | J | T | Buy | 03/20/20 | J | | |
| 66. Vanguard Individual Brokerage (M) Total Stock Market Index ADM | A | Int./Div. | J | T | Buy | 06/23/20 | J | | |
| 67. Vanguard Individual Brokerage (M) Federal Money Market Fund | A | Int./Div. | J | T | Buy | 06/10/20 | J | | |
| 68. College Invest 529 Plan (C) Aggressive Age-Based Conserv. Growth | | None | | | Sold | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 03/23/20 | K | | |
| 70. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 71. | | | | | Sold | 06/09/20 | K | | |
| 72. College Invest 529 Plan (C) Moderate Age-Based Option Income | None | | | | Sold | 03/23/20 | K | | |
| 73. | | | | | Buy<br>(add'l) | 03/23/20 | K | | |
| 74. | | | | | Sold | 06/09/20 | K | | |
| 75. College Invest 529 Plan (C) Aggressive Growth Portfolio | None | | J | T | Sold<br>(part) | 03/23/20 | K | | |
| 76. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 77. College Invest 529 Plan (C) Growth Portfolio | None | | K | T | Sold<br>(part) | 03/23/20 | J | | |
| 78. College Invest 529 Plan (C) Bond Index Portfolio | None | | | | Sold | 03/23/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 80. | | | | | Buy | 06/09/20 | J | | |
| 81. | | | | | Sold | 06/09/20 | J | | |
| 82. College Invest 529 Plan (C) Stock Index Portfolio | None | | L | T | Buy | 06/09/20 | K | | |
| 83. College Invest 529 Plan (C) Money Market Portfolio | None | | | | Buy | 03/23/20 | J | | |
| 84. | | | | | Sold | 06/09/20 | J | | |
| 85. College Invest 529 Plan (C) Moderate Growth Portfolio | None | | | | Buy | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 87. | | | | | Sold | 06/09/20 | K | | |
| 88.  College Invest 529 Plan (M) Aggressive Age-Based Conserv. Growth | None | L | T | | Sold<br>(part) | 03/23/20 | K | | |
| 89. | | | | | Buy<br>(add'l) | 03/23/20 | K | | |
| 90. | | | | | Sold | 06/09/20 | K | | |
| 91. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 92.  College Invest 529 Plan (M) Moderate Age-Based Option Income | None | | | | Buy<br>(add'l) | 01/28/20 | J | | |
| 93. | | | | | Sold | 03/23/20 | K | | |
| 94. | | | | | Buy<br>(add'l) | 03/23/20 | L | | |
| 95. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 96. | | | | | Sold | 06/09/20 | L | | |
| 97.  College Invest 529 Plan (M) Aggressive Growth Portfolio | None | K | T | | Sold<br>(part) | 03/23/20 | L | | |
| 98.  College Invest 529 Plan (M) Stock Index Portfolio | None | L | T | | Buy | 06/09/20 | L | | |
| 99.  College Invest 529 Plan (M) Moderate Growth Portfolio | None | | | | Buy | 03/23/20 | K | | |
| 100. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 101. | | | | | Sold | 06/09/20 | K | | |
| 102.  College Invest 529 Plan (M) Conservative Age-Based Option | None | | | | Buy | 03/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/09/20 | K | | |
| 104. | | | | | Sold | 06/09/20 | K | | |
| 105. College Invest 529 Plan (B) Aggressive Age-Based Moderate Growth | None | | K | T | Sold (part) | 03/23/20 | K | | |
| 106. | | | | | Buy (add'l) | 03/23/20 | K | | |
| 107. College Invest 529 Plan (B) Moderate Age-Based Conserv. Growth | None | | | | Sold | 03/23/20 | L | | |
| 108. College Invest 529 Plan (B) Aggressive Growth Portfolio | None | | L | T | Sold (part) | 03/23/20 | L | | |
| 109. College Invest 529 Plan (B) Bond Index Portfolio | None | | | | Sold | 03/23/20 | J | | |
| 110. College Invest 529 Plan (B) Growth Portfolio | None | | L | T | | | | | |
| 111. Met Life GVUL Plan DWS International Mutual Fund | None | | J | T | | | | | |
| 112. Met Life GVUL Fidelity Index 500 Fund | None | | J | T | | | | | |
| 113. Met Life GVUL Fidelity Contra Fund | None | | J | T | | | | | |
| 114. FB Cash Balance Pension Plan Account | A | Int./Div. | J | T | | | | | |
| 115. FB 401K Vanguard Institutional Target Retirement 2015 Inc. Mutual Fund | A | Dividend | | | Sold | 02/10/20 | L | | |
| 116. FB 401K Vanguard Institutional Target Retirement 2025 Mutual Fund | A | Dividend | | | Buy (add'l) | 02/10/20 | K | | |
| 117. | | | | | Sold (part) | 02/10/20 | K | | |
| 118. | | | | | Buy (add'l) | 03/24/20 | K | | |
| 119. | | | | | Sold | 06/09/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FB 401K Vanguard Institutional Target Retirement 2030 | B | Dividend | N | T | Buy | 06/09/20 | M | | |
| 121. FB 401K Vanguard Institutional Target Retirement 2035 Inc. Mutual Fund | A | Dividend | | | Buy | 02/10/20 | J | | |
| 122. | | | | | Sold (part) | 02/10/20 | J | | |
| 123. | | | | | Sold | 03/24/20 | J | | |
| 124. FB 401K Vanguard Institutional Target Retirement 2040 | A | Dividend | | | Buy | 02/10/20 | L | | |
| 125. | | | | | Sold | 03/24/20 | L | | |
| 126. FB 401K Vanguard Total Stock Market Index | A | Dividend | N | T | Buy | 04/09/20 | K | | |
| 127. | | | | | Buy (add'l) | 06/09/20 | M | | |
| 128. FB 401K Victory Sycamore Small Cap Opportunity | A | Dividend | L | T | Buy (add'l) | 02/10/20 | K | | |
| 129. | | | | | Sold (part) | 02/10/20 | K | | |
| 130. | | | | | Buy (add'l) | 06/09/20 | K | | |
| 131. FB 401K Baron Small Cap Institutional Mutual Fund | A | Dividend | L | T | Buy (add'l) | 02/10/20 | K | | |
| 132. | | | | | Sold (part) | 02/10/20 | J | | |
| 133. | | | | | Sold (part) | 03/24/20 | M | | |
| 134. | | | | | Buy (add'l) | 06/09/20 | J | | |
| 135. FB 401K American Funds Europacific Growth R6 Mutual Fund | A | Dividend | M | T | Buy (add'l) | 02/10/20 | K | | |
| 136. | | | | | Sold (part) | 02/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 03/24/20 | L | | |
| 138. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 139. FB 401K Cohen & Steers Institutional<br>Realty Shares Mutual Fund | A | Dividend | L | T | Buy<br>(add'l) | 02/10/20 | L | | |
| 140. | | | | | Sold<br>(part) | 02/10/20 | L | | |
| 141. | | | | | Sold<br>(part) | 03/24/20 | M | | |
| 142. | | | | | Sold<br>(part) | 06/09/20 | J | | |
| 143. FB 401K DFA Global Real Estate Securities<br>I Mutual Fund | A | Dividend | L | T | Buy<br>(add'l) | 02/10/20 | K | | |
| 144. | | | | | Sold<br>(part) | 02/10/20 | J | | |
| 145. | | | | | Sold<br>(part) | 03/24/20 | J | | |
| 146. | | | | | Buy<br>(add'l) | 06/09/20 | K | | |
| 147. FB 401K Metropolitan West Total Return<br>Bond Plan Mutual Fund | A | Dividend | L | T | Buy<br>(add'l) | 02/10/20 | K | | |
| 148. | | | | | Sold<br>(part) | 02/10/20 | J | | |
| 149. | | | | | Buy<br>(add'l) | 03/24/20 | K | | |
| 150. | | | | | Sold<br>(part) | 06/09/20 | K | | |
| 151. FB 401K Vanguard Inflation-Protected Secs<br>ADM Nutual Fund | A | Dividend | L | T | Buy<br>(add'l) | 02/10/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 03/24/20 | L | | |
| 153. | | | | | Sold<br>(part) | 06/09/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  FB 401K Wells Fargo Stable Value Fund C30 Mutual Fund | A | Dividend | M | T | Sold (part) | 02/10/20 | J | | |
| 155. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 156. | | | | | Sold (part) | 03/24/20 | K | | |
| 157. | | | | | Buy (add'l) | 03/24/20 | M | | |
| 158. | | | | | Sold (part) | 04/09/20 | L | | |
| 159.  FB 401K Goldman Sachs FS Government FST Mutual Fund | A | Dividend | M | T | Buy (add'l) | 02/10/20 | J | | |
| 160. | | | | | Sold (part) | 02/10/20 | J | | |
| 161. | | | | | Buy (add'l) | 03/24/20 | M | | |
| 162. | | | | | Sold (part) | 06/09/20 | L | | |
| 163.  TM Vanguard IRA Brokerage Rollover Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 164.  TM Vanguard IRA Brokerage Rollover 500 Index Admiral CL | B | Dividend | N | T | Sold (part) | 03/25/20 | L | | |
| 165. | | | | | Buy (add'l) | 08/11/20 | L | | |
| 166. | | | | | Sold (part) | 09/04/20 | K | | |
| 167. | | | | | Buy (add'l) | 12/02/20 | M | | |
| 168.  TM Vanguard IRA Brokerage Rollover Total Bond Market Index Admiral CL | C | Dividend | N | T | Buy | 09/04/20 | M | | |
| 169. | | | | | Buy (add'l) | 12/02/20 | K | | |
| 170.  TM Vanguard IRA Brokerage Rollover Emerging Markets Stock Index | B | Dividend | K | T | Sold (part) | 03/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. TM Vanguard IRA Brokerage Rollover Healthcare ADM Fund | A | Dividend | L | T | Buy | 04/08/20 | L | | |
| 172. | | | | | Buy (add'l) | 08/11/20 | K | | |
| 173. TM Vanguard IRA Brokerage Rollover Cash Reserves Money Market Fund | A | Dividend | M | T | Buy | 03/19/20 | L | | |
| 174. | | | | | Buy (add'l) | 03/20/20 | L | | |
| 175. | | | | | Buy (add'l) | 03/23/20 | N | | |
| 176. | | | | | Buy (add'l) | 03/25/20 | L | | |
| 177. | | | | | Sold (part) | 04/08/20 | L | | |
| 178. | | | | | Sold (part) | 06/09/20 | K | | |
| 179. | | | | | Sold (part) | 08/11/20 | M | | |
| 180. | | | | | Sold (part) | 12/02/20 | M | | |
| 181. TM Vanguard IRA Brokerage Rollover REIT Index Admiral CL | A | Dividend | J | T | Sold (part) | 03/23/20 | K | | |
| 182. TM Vanguard IRA Brokerage Rollover Mid Cap Index Admiral CL | A | Dividend | J | T | Sold (part) | 03/19/20 | L | | |
| 183. | | | | | Sold (part) | 03/23/20 | K | | |
| 184. TM Vanguard IRA Brokerage Rollover Small Cap Index Admiral CL | A | Dividend | J | T | Sold (part) | 03/23/20 | L | | |
| 185. TM Vanguard IRA Brokerage Rollover Total Int'l Bond Index Admiral CL | A | Dividend | J | T | | | | | |
| 186. TM Vanguard IRA Brokerage Rollover Total Int'l Stock Index Admiral CL | A | Dividend | J | T | Sold (part) | 03/23/20 | K | | |
| 187. TM Vanguard IRA Brokerage Rollover Total Stock Market Index Admiral CL | A | Dividend | J | T | Buy (add'l) | 01/27/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 03/20/20 | L | | |
| 189. | | | | | Sold (part) | 03/23/20 | M | | |
| 190. | | | | | Buy (add'l) | 06/09/20 | K | | |
| 191. | | | | | Sold (part) | 09/04/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,600 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 04/21/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. McNamara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544